In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00327-CV

_____

**RALPH MORRISON, Appellant**

**V.**

**WILMINGTON SAVINGS FUND SOCIETY, FSB, Appellee**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 18-30567**

**MEMORANDUM OPINION**

The appellant, Ralph Morrison, and the appellee, Wilmington Savings Fund Society, FSB, filed an agreed motion to dismiss this appeal. The motion is voluntarily made by the agreement of the parties prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a). We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

1

Submitted on October 24, 2018
Opinion Delivered October 25, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.